■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL C. MOTZER, Appellant. [879 NYS2d 790]—Appeal from an order of the Orleans County Court (James P. Punch, J.), entered May 29, 2007. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Smith, Centra, Pine and Gorski, JJ.